IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02589-LTB

CHRISTOPHER WHITE, 130467,

      Plaintiff,

v.

JUDGE LILLY W. OEFFLER,
CHARLES TINGLE, District Attorney, and
JENNA REULBACH, P.C. , Attorney,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 26, 2012, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 26 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ S. Grimm
                    Deputy Clerk